# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| LEONARD SHELTON, | ) CASE NO.: 1:10-CV-00951 |
| Plaintiff, | ) JUDGE BENITA Y. PEARSON |
| vs. | ) **STIPULATION FOR DISMISSAL** |
| | ) **AND JOURNAL ENTRY** |
| MICHAEL STEWART, et al., | ) |
| Defendants. | ) |

We, the attorneys for the respective parties do hereby stipulate that above captioned matter has been settled and dismissed, with prejudice, as against Defendant City of Lakewood. The Court may enter an Order accordingly, notice by the Clerk being hereby waived.

IT IS SO ORDERED.

_____
JUDGE BENITA Y. PEARSON

*s/Kristi L. Haude* (per electronic consent)
KRISTI L. HAUDE, ESQ. (0075611)
316 West Creek Court
Avon Lake, OH 44012
(440) 714-3502
Email: khaudelaw@aol.com

Counsel for Plaintiff

*s/Tami Z. Hannon*
JAMES A. CLIMER (0001532)
TAMI Z. HANNON (0079812)
100 Franklin's Row
34305 Solon Road
Cleveland, OH 44139
(440) 248-7906
(440) 248-8861 – Fax
Email: jclimer@mrrlaw.com
       thannon@mrrlaw.com

Counsel for Defendant City of Lakewood

# CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2011, a copy of the foregoing Stipulation for Dismissal and Journal Entry was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*s/Tami Z. Hannon*
JAMES A. CLIMER (0001532)
TAMI Z. HANNON (0079812)

*Counsel for Defendant City of Lakewood*

TRID-100113/Stip for City Dismissal