PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LEONARD SHELTON, | ) | |
| | ) | CASE NO. 1:10CV0951 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| JOHN DOES 1-5, | ) | |
| | ) | |
| Defendants. | ) | **ORDER OF DISMISSAL** |

The City of Lakewood Police Department is not *sui juris* and therefore cannot sue or be sued in its own right. *Nieves v. City of Cleveland*, 153 Fed.Appx. 349, 351 n. 1 (6th Cir. 2005). That is why it was dropped as a party defendant when Plaintiff filed his Second Amended Complaint (ECF No. 22) on August 19, 2010.

The Court dismisses without prejudice Plaintiff's allegations against John Does 1-5,[1] as service of process, and, by extension the institution of a lawsuit, cannot be effected on fictitious persons. *Webster v. Freedom Debt Relief, LLC*, No. 1:10CV1587, 2011 WL 3422872, at *2 (N.D. Ohio Aug. 4, 2011).

The above-entitled action is hereby closed.

IT IS SO ORDERED.

 December 30, 2011                     */s/ Benita Y. Pearson*
Date                                         Benita Y. Pearson
                                               United States District Judge

---

[1] John Does 6-10 were also dropped as parties defendant when Plaintiff filed his Second Amended Complaint (ECF No. 22).